IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUZ CARMARIE RODRIGUEZ FIGUEROA

DEBTOR(S)

CASE NO. 19-05439-BKT

CHAPTER 13

**\*\*AMENDED DOCUMENT\*\***

## TRUSTEE'S REPORT ON CONFIRMATION

1. The applicable commitment period is: 3 Years

2. The liquidation value of the estate is $: 364 (PV $422)

3. The general unsecured pool is $: 0

AMENDED PLAN DATE: November 08, 2019         PLAN BASE: $10,292.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 11/27/2019

[ ] FAVORABLE          [X] UNFAVORABLE

**1. [X] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):**

**Debtor to provide proper treatment subordinated mortgage in favor of Puerto Rico Housing Authority**

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty: ROBERTO FIGUEROA

/s/ Pedro R Medina
Pedro R Medina
USDC #226614
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - EN