IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUZ CARMARIE RODRIGUEZ FIGUEROA

DEBTOR

CASE NO. 19-05439/BKT

CHAPTER 13

**DEBTOR'S MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE FUNDS FROM 2019 TAX REFUND**

TO THE HONORABLE COURT:

**NOW COMES, LUZ CARMARIE RODRIGUEZ FIGUEROA,** the Debtor through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed Chapter 13 Plan dated November 8, 2019, Docket No. 14, provides that Debtor's tax refunds will be paid into the Plan.

2. The Debtor received her 2019 tax refund in the amount of $1,220.00. Attached is copy of bank e-statement, which reflects the direct deposit of the 2019 tax refund on April 7, 2020, issued by the Puerto Rico Treasury Department.

3. The Debtor respectfully submits to the Court that she needs to use these funds to pay for: due to the coronavirus lockdown, the Debtor has had an extraordinary increase in the family expenses for food and utilities, therefore, the Debtor needs to use part of the monies from her 2019 tax refund to pay for such emergency expenses. In addition, the Debtor needs to use part of these funds to pay for: new tires for her 2001 Nissan Pathfinder.

4. The Debtor needs to use the funds from the 2019 "tax refund" to pay for these reasonable expenses. Furthermore, the debtor is living within a very "tight" budget which barely covers his living expenses and a Plan payment of $150.00.

5. Based on the above-stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds for this expense.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2019 tax refund by the Debtor to pay for the above-stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee and to all CM/ECF participants; I also certify that a copy of this motion was sent via US Mail to the Debtor, Luz Carmarie Rodriguez Figueroa, to the address of record: Bo Palo Seco Buzon 207, Maunabo PR 00707, and to all creditors and parties in interest (CM/ECF non-participants), as per the attached master address list.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 13th day of April, 2020.

*/s/ Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY for the DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL 787-963-7699 / FAX 787-746-5294
Email: rfc@rfigueroalaw.com

```
Label Matrix for local noticing          ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF    ORIENTAL BANK
0104-3                                   PO BOX 361110                                   C/O JUAN A. CUYAR COBB, ESQ.
Case 19-05439-BKT13                      SAN JUAN, PR 00936-1110                         FERNANDEZ CUYAR ROVIRA & PLA LLC
District of Puerto Rico                                                                  PO BOX 9023905
Old San Juan                                                                             SAN JUAN, PR 00902-3905
Mon Apr 13 14:58:26 AST 2020

SCOTIABANK DE PUERTO RICO                US Bankruptcy Court District of P.R.            AAA
FERNANDEZ COLLINS CUYAR & PLA            Jose V Toledo Fed Bldg & US Courthouse          PO Box 70101
PO BOX 9023905                           300 Recinto Sur Street, Room 109                San Juan, PR 00936-8101
SAN JUAN, PR 00902-3905                  San Juan, PR 00901-1964


AEELA                                    (p)CITIFINANCIAL                                Coop A/C Yabucoena
PO Box 364508                            BANKRUPTCY FORECLOSURE UNIT                     PO Box 1
San Juan, PR 00936-4508                  1000 TECHNOLOGY DRIVE                           Yabucoa, PR 00767-0001
                                         OFALLON MO 63368-2239


Island Finance                           ORIENTAL BANK (MORTGAGE DIVISION)               SBA US Small Business Administration
PO Box 71504                             PO BOX 362394                                   10737 Gateway West Suite 300
San Juan, PR 00936-8604                  SAN JUAN PR 00936-2394                          El Paso, TX 79935-4910


Scotiabank de Puerto Rico                Sistema de Retiro ELA                           Toyota Financial Services
PO Box 363368                            PO Box 42003                                    PO Box 195467
San Juan, PR 00936-3368                  San Juan, PR 00940-2203                         San Juan, PR 00919-5467


ALEJANDRO OLIVERAS RIVERA                LUZ CARMARIE RODRIGUEZ FIGUEROA                 MONSITA LECAROZ ARRIBAS
ALEJANDRO OLIVERAS CHAPTER 13 TRUS       BO PALO SECO BUZON 207                          OFFICE OF THE US TRUSTEE (UST)
PO BOX 9024062                           MAUNABO, PR 00707-2926                          OCHOA BUILDING
SAN JUAN, PR 00902-4062                                                                  500 TANCA STREET SUITE 301
                                                                                         SAN JUAN, PR 00901


ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202-2120
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)ISLAND PORTFOLIO SERVICES LLC AS SERVICER
PO BOX 361110
SAN JUAN, PR 00936-1110

End of Label Matrix
Mailable recipients 18
Bypassed recipients 1
Total 19