**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

IN RE:

LUZ CARMARIE RODRIGUEZ FIGUEROA

DEBTOR

CASE NO. 19-05439/MCF

CHAPTER 13

**DEBTOR'S MOTION REQUESTING ORDER**
**RE: AUTHORIZATION TO USE FUNDS FROM 2020 TAX REFUND**

TO THE HONORABLE COURT:

**NOW COMES, LUZ CARMARIE RODRIGUEZ FIGUEROA,** the Debtor through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed Plan dated November 8, 2019, provides that Debtor's tax refunds will be paid into the Plan. See docket #14.

2. The Debtor has received her 2020 tax refund in the amount of $1,220.00. Attached is copy of bank e-statement, which reflects the direct deposit of the 2020 tax refund on March 2, 2021, issued by the Puerto Rico Treasury Department.

3. The Debtor respectfully submits to the Court that she needs to use these funds to pay for: new washing machine Debtor's (actual washing machine is broken), car repair expense and arrears on utility bill.

4. The Debtor needs to use the funds from the 2020 "tax refund" to pay for these reasonable expenses. Furthermore, the Debtor is living within a very "tight" budget which barely covers his living expenses and a Plan payment of $150.00.

5. Based on the above-stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds for this expense.

Page – 2-
Debtor's Motion Requesting Order
Case no. 19-05439/MCF13

**WHEREFORE,** the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2020 tax refund by the Debtor to pay for the above-stated expense.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the Debtor, Luz Carmarie Rodriguez Figueroa, to the address of record: Bo Palo Seco Buzon 207, Maunabo PR 00707.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 16 th days of March 2021.

*/s/ Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 /787-963-7699
Email: rfc@rfigueroalaw.com

# CENTRO PIEZAS MAUNABO
## 787-861-3375

PIEZAS PARA AUTOS JAPONESES, AMERICANOS Y EUROPEOS
MATERIALES DE HOJALATERIA
Carr. 3 Km 106.5 Bo. Calzada Sector Batey Maunabo, PR 00707
"Ruta California, al lado del Colegio Adventista"
centropiezasmaunabo@gmail.com

☑ Estimado
☑ Cash
☐ Crédito

Fecha 3/6/2021

Nombre: Estimado
Dirección:
Marca: _____ Modelo: _____ Año: _____ Tablilla: _____

| CANT. | ARTICULOS | PRECIO |
|---|---|---|
| | vejes | $1,494.41 |

ERRORES DE COSTOS PODRAN SER CORREGIDOS AL MOMENTO DE RECOGER LA MERCANCIA.
GARANTÍAS **NO** SON TRANSFERIBLES.
PIEZAS ELÉCTRICAS **NO** TIENEN GARANTÍA.
PIEZAS CORRECTAMENTE DESPACHADAS Y PEDIDOS ESPECIALES **NO** TIENEN DEVOLUCIONES.
NUESTRAS CUENTAS VENCEN A LOS 30 DÍAS

Sub-total:
IVU +:
TOTAL:

FIRMA _____ TELÉFONO _____

# Mueblería maunabo DISCOUNT

Antonio Arroyo # 4, Maunabo, P.R. 00707
TEL. (787) 861-5504

Nombre: Luz C. Rodríguez Figueroa   Fecha: 10 de marzo de 2021

## Estimado de Manueblería

| Cantidad | Artículo | Modelo | Precio |
|---|---|---|---|
| 1 | Lavadora Whirlpool | WTW5000DW3 | 799.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | Ivu | 91.89 |
|  |  |  |  |
|  |  |  |  |
|  |  |  | $890.89 |

Preparado por:

_Carmen Peña_



**GOBIERNO DE PUERTO RICO**
Autoridad de Acueductos y Alcantarillados
P.O. BOX 7201, SAN JUAN, PR 00936-8101

Centro Servicio al Cliente | 787-860-2482
www.acueductospr.com

Cliente: **LUZ RODRIGUEZ FIGUEROA**

**Datos de la Cuenta**
Clase de servicio: Residencial
Diámetro del contador: 5/8"
Porción: 37
Días de consumo facturado: 32

NÚMERO DE CUENTA: 00022777859 4
FECHA DE FACTURA: 02/24/2021
FECHA DE VENCIMIENTO: 03/17/2021
TOTAL A PAGAR: $241.38
CANTIDAD ENVIADA: $ _____

Recuerden que también pueden realizar su pago, ya sea parcial o total, en cualquier localidad que acepten pagos de la AAA.

LUZ RODRIGUEZ FIGUEROA
207 BO PALO SECO
MAUNABO PR 00707-2926



00022777 859 4 0000024138 0

TALÓN DE PAGO - DESPRENDA POR ESTA PERFORACIÓN

## PRIMERA FACTURA

Período de consumo hasta: 02/19/2021
NÚMERO DE FACTURA: 203850913531
CLIENTE: LUZ RODRIGUEZ FIGUEROA
DIRECCIÓN: 207 CARR 759
MAUNABO PR 00707

El cargo corriente de este mes refleja la mitad del consumo en metros cúbicos en el período. Es mes, su factura incluye la primera mitad del cargo $108.51, y la factura del mes siguiente incluirá otra mitad, $108.51. El Total a Pagar de esta factura incluye la primera mitad del cargo, y además puede incluir ajustes, cualquier balance vencido u otras transacciones financieras del período.

| Contador | Fecha/Lect. Anterior | | Fecha/Lect. Actual | | Consumo | | Consumo Facturado |
|---|---|---|---|---|---|---|---|
| 13112541 | 12/18/2020 | 3101 | 02/19/2021 | 3179 | 78 m3 | L | 39 m3 |

L Significa Consumo por Lectura Real
Un metro cúbico equivale a 264.11458 galones / Su consumo en galones es 10,300.47

NÚMERO DE CUENTA: 00022777859 4
FECHA DE FACTURA: 02/24/2021
FECHA DE VENCIMIENTO: 03/17/2021

**RESUMEN DE CARGOS CORRIENTES**

| | |
|---|---|
| CARGOS POR AGUA: | $75.01 |
| CARGOS POR ALCANTARILLADO: | $0.00 |
| CARGO FIJO: | $0.00 |
| *CCAR: | $31.50 |
| **CARGO ESPECIAL: | $2.00 |
| **TOTAL CARGOS CORRIENTES:** | **$108.51** |

* Cumplimiento Ambiental y Regulatorio / ** Gestión Sostenible

Esta factura presenta un balance vencido, el cual debe pagarse en o antes de la fecha de vencimiento o el servicio podrá ser suspendido. No obstante, si los cargos vencidos incluyen facturas de más de 50 días, el servicio puede estar suspendido o podrá ser suspendido en cualquier momento.

| CARGOS / CRÉDITOS | IMPORTE |
|---|---|
| Balance Anterior | $981.14 |
| Pagos | $300.00 CR |
| Cargos Corrientes | $108.51 |
| Ajuste Plan Fiscal | $11.25 |
| Balance Actual | $800.90 |
| Cargos Protegidos | $559.52 |

DETALLES DE CARGOS CORRIENTES: TARIFA ACTUAL

| Concepto | Consumo | Costo | Total |
|---|---|---|---|
| Cargo base | 10.00 | | 10.60 |
| Bloque 1 | 5.00 | 1.25 | 6.25 |
| Bloque 2 | 10.00 | 1.99 | 19.90 |
| Bloque 3 | 10.00 | 2.69 | 26.90 |
| Bloque 4 | 4.00 | 2.84 | 11.36 |
| TOTAL | 39.00 | | $75.01 |



TOTAL A PAGAR: $241.38

GUÍA PARA OBJECIÓN DE CARGOS: POR DISPOSICIÓN DE LA LEY 33 DEL 27 DE JUNIO DE 1985, SEGÚN ENMENDADA, TIENE 20 DÍAS HASTA LA FECHA DE VENCIMIENTO PARA PAGAR U OBJETAR Y SOL UNA INVESTIGACIÓN SOBRE CUALQUIER CARGO QUE NO HAYA SIDO FACTURADO PREVIAMENTE. SI NO PAGA NI UTILIZA EL PROCEDIMIENTO DE LA OBJECIÓN DE CARGOS, EL SERVICIO PODRÁ S SUSPENDIDO DESPUÉS DE LA FECHA DE VENCIMIENTO. PARA MAYOR INFORMACIÓN PUEDE LLAMAR AL CENTRO DE SERVICIOS O VISITE SU OFICINA COMERCIAL.
INVOICE OBJECTION GUIDE: BY PROVISION OF LAW 33 OF JUNE 27 1985, AS AMENDED, YOU HAVE 20 DAYS (UP TO THE DUE DATE) TO PAY OR OBJECT AND REQUEST AN INVESTIGATION REGARDING A CHARGE NOT PREVIOUSLY BILLED. IF NO PAYMENT IS MADE AND IF THE PROCEDURES FOR OBJECTION ARE NOT FOLLOWED, SERVICE MAY BE SUSPENDED AFTER THE DUE DATE. FOR MORE INFORMATI CONTACT CUSTOMER SERVICE CENTER OR VISIT YOUR COMMERCIAL OFFICE WHERE YOUR SERVICE IS PROVIDED.

| Description | Amount | Date |
|---|---|---|
| COLMADO EL SANTOS ON 02/28/21 | - $5.88 | 03/01/2021 |
| Capitulo 13 AOR Capitulo 1 | - $150.00 | 03/01/2021 |
| DEPT DE HACIENDA REINTEGROS | + $1,220.00 | 03/02/2021 |
| ATH MOVIL 9093 | - $10.00 | 03/02/2021 |
| TRIPLE-S VIDA TRIPLE-S V | - $20.00 | 03/02/2021 |