IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUZ CARMARIE RODRIGUEZ FIGUEROA

DEBTOR

CASE NO. 19-05439/EAG

CHAPTER 13

**DEBTOR'S MOTION REQUESTING ORDER
RE: AUTHORIZATION TO USE OF FUNDS FROM 2022 TAX REFUND**

TO THE HONORABLE COURT:

**NOW COMES, LUZ CARMARIE RODRIGUEZ FIGUEROA,** Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed *Chapter 13 Plan* dated November 8, 2019, Docket No. 14, provides that the Debtor's tax refunds will be paid into the Plan, in the above captioned case.

2. The Debtor received the 2022 tax refund in the amount of $1,544.00. Attached is copy of the of bank statement, which reflects the direct deposit of the 2022 tax refund on February 21, 2023, issued by the Puerto Rico Treasury Department.

3. The Debtor respectfully submits to the Court that she needs to use these funds to pay for: car repairs expenses in the sum of $1,500.04. Attached is copy of car repairs estimates/invoice.

4. The Debtor will pay to the Trustee the unused portion or balance in the sum of $43.60 to fund her confirmed Plan.

5. The Debtor needs to use the funds from the 2022 "tax refund" to pay for this reasonable expense. Furthermore, the Debtor is living within a very "tight" budget which barely covers her living expenses and a Plan payment of $188.00.

6. Based on the above-stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds for this expense.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2022 tax refund by the Debtor in the above captioned case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor Luz Carmarie Rodriguez Figueroa, to the address of record: Bo Palo Seco Buzon 207, Maunabo PR 00707.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 13th day of March, 2023.

/s/*Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY for the DEBTOR
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699/ 787-963-7699
EMAIL: rfc@rfigueroalaw.com

**Centro de Inspección HM 080** • Carr. 759 Km. 0.8 de Maunabo a Palo Seco
Mecánica en General • Diagnóstico de Sistema Fuel Injection
Limpieza de Inyectores • Reparación Tren Delantero

N° 3676

Fecha: 2/Marzo/23

Nombre: Luz C Rodriguez Figueroa

Dirección: _____

Marca: Toyota Rav 4   Tablilla: _____   Teléfono: (939) 779-7452

Trabajo a realizarse: Remplazar Tren delantero

Autorizo al taller a usar el vehículo en cualquier momento mientras esté probando dicho vehículo y de no efectuar el pago de dicho arreglo autorizo al taller a quedarse con el vehículo hasta efectuarse el pago correspondiente.

Firma Dueño: [signature]

Firma Dueño Taller: Emil Auto Repair

Desperfecto: Estimado

### DETALLE DE GASTOS

| Piezas | Total |
|---|---|
| 4 Terminales | 46.00 |
| 2 Platos con B/J | 104.20 |
| 2 Caja Baja | 56.20 |
| 2 Bases Front | 54.00 |
| 2 Bet kit | 84.20 |
| 2 Shock Front | 125.20 |
| 2 link front | 16.20 |
| 2 B/Barra front | 6.00 |
| 1 Barra Rear Curva | 49.00 |

| | |
|---|---|
| Sub-Total | 535.20 |
| Mano de Obra | 480.00 |
| TOTAL | 965.20 |

# Centro Piezas Maunabo

**787-861-3375**

PIEZAS PARA AUTOS JAPONESES, AMERICANOS Y EUROPEOS
MATERIALES DE HOJALATERIA
Carr. 3 Km 106.5 Bo. Calzada Sector Batey Maunabo, PR 00707
"Ruta California, al lado del Colegio Adventista"
centropiezasmaunabo@gmail.com

No. 25752

- [x] Estimado
- [ ] Cash
- [ ] Crédito

Fecha: 8 Marzo 2023

Nombre: Estimado
Dirección:
Marca: Toyota  Modelo: RAV4  Año: 1996  Tablilla:

| CANT. | ARTICULOS | PRECIO |
|---|---|---|
| 4 | Terminales | 46.00 |
| 2 | Platos con B/Joint | 104.00 |
| 2 | Caja Bolas | 56.00 |
| 2 | Bujes front | 54.00 |
| 2 | Rep. Kit fw | 24.00 |
| 2 | Shock front | 125.00 |
| 2 | link front | 16.00 |
| 2 | B/Barra front | 6.00 |
| 1 | Barra Rear curva | 49.00 |
| | | 480.00 |
| | +IVU 11.5% | 55.20 |
| | | $535.20 |

ERRORES DE COSTOS PODRAN SER CORREGIDOS
AL MOMENTO DE RECOGER LA MERCANCIA.
GARANTIAS NO SON TRANSFERIBLES.
PIEZAS ELÉCTRICAS NO TIENEN GARANTÍA.
PIEZAS CORRECTAMENTE DESPACHADAS Y PEDIDOS
ESPECIALES NO TIENEN DEVOLUCIONES.
NUESTRAS CUENTAS VENCEN A LOS 30 DÍAS

| Sub-total | |
| IVU + | |
| TOTAL | |

FIRMA                            TELÉFONO

| | 11:18 | ..ll 5G |
|---|---|---|
| | **Acceso Popular** ✕ | |

| | |
|---|---|
| GULF MAUNABO SERV STA<br>18 DE FEBRERO DE 23 | -$23.00 |
| / OTHER TRANSACTIONS | $1,544.00 |

ESTADO CORRIENTE

| | |
|---|---|
| ATH MOVIL 3670<br>17 DE FEBRERO DE 2023 | $65.00 |
| ATH MOVIL 0940<br>17 DE FEBRERO DE 2023 | -$65.00 |
| PIZZERIA MI SUENO INC<br>17 DE FEBRERO DE 2023 | -$19.26 › |
| GULF PALO SECO SERV STA<br>17 DE FEBRERO DE 2023 | -$10.00 › |
| ATH MOVIL 5929<br>16 DE FEBRERO DE 2023 | -$40.00 |
| ATH MOVIL 1001<br>16 DE FEBRERO DE 2023 | -$22.02 |
| PUMA RUIZ SERVICE STAT<br>16 DE FEBRERO DE 2023 | -$20.00 › |
| RODRIGUEZ MINI MARKET<br>16 DE FEBRERO DE 2023 | -$15.85 › |
| ATH WITHDRAWAL 5590<br>BPPR MAUNABO<br>14 DE FEBRERO DE 2023 | -$10.00 › |
| ATH WITHDRAWAL 5591 | |