IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUZ CARMARIE RODRIGUEZ FIGUEROA

DEBTOR

CASE NO. 19-05439/EAG

CHAPTER 13

**DEBTOR'S MOTION REQUESTING ORDER**
**RE: AUTHORIZATION TO USE OF FUNDS FROM 2023 TAX REFUND**

TO THE HONORABLE COURT:

**NOW COMES, LUZ CARMARIE RODRIGUEZ FIGUEROA,** Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed Plan dated November 8, 2019, provides that the Debtor's tax refund will be paid into the Plan. See: Docket No 14.

2. The Debtor received the 2023 tax refund in the sum of $2,376.00. Attached is copy of bank e-statement, which reflects the direct deposit of the 2023 tax refund on February 23, 2024, issued by the Puerto Rico Treasury Department.

3. The Debtor respectfully submits to the Court that she needs to use these funds to pay for: new refrigerator, new stove (actual refrigerator and stove is broken) and new car tires. Attached is copy of estimates/invoices.

4. The Debtor needs to use the funds from the 2023 "tax refund" to pay for this reasonable expense. Furthermore, the Debtor is living within a very "tight" budget which barely covers his living expenses and a Plan payment of $188.00.

5. Based on the above-stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds for this expense.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2023 tax refund by the Debtor in the above captioned case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor Luz Carmarie Rodriguez Figueroa, to the address of record: Bo Palo Seco Buzon 207, Maunabo PR 00707.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 4th day of March, 2024.

/s/*Roberto Figueroa Carrasquillo*
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
USDC 203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL 787-744-7699/ 787-963-7699
EMAIL: rfc@rfigueroalaw.com

# REQUISICIÓN DE VENTA

**BERRIOS** le da más

Nombre Cliente: Luz C. Rodríguez Figueroa

mall: _____
léfono: _____
mero de Cuenta: _____   Término: _____

Fecha: 2/24/24
Núm. Vendedor: 7563

☐ Contado
☐ Crédito
☐ "Third Party"

| NÚM ARTÍCULO | MODELO | DESCRIPCIÓN | CANTIDAD | PRECIO VENTA |
|---|---|---|---|---|
| A061723 | | Nevera Whirlpool 21 S/S | 1 | 1095 |
| A076149 | | Estuf- Gas Whirlpool 30 | 1 | 425 |
| | | | sub | 1520 |

Entrega: 91.20
Impuesto: 174.80
TOTAL: 1786.00

☐ SEGURO
☐ VIDA
☐ INCAPACIDAD
☐ PROPIEDAD
☐ DESEMPLEO

Comentarios: _____

Seguimiento: _____

(787) 285-3030

Procesado por: Lunashka Rodríguez

WESTERN AUTO GUAYAMA #01 FIPS
Road 3 KM 134.6 Veterano Avenue
Guayama, PR 00784
(787)864-3488

**WORKORDER 0046223**

Scan to RESUME transaction

*R815140046223*

Vehicle   1996 TOYOTA RAV4                                         Color _____

New Tire Location    Tag # _____    VIN _____           PSI     F _____  R _____
  LF       RF        WW _____       BW _____            Torque  F _____  R _____
  LR       RR        Discard Tires _____                 Present Mileage _____
     Spare           Save Tires _____                    Tire Mileage Warranty _____
Old Tire Rotation _____                                  Previous Invoice No. _____
Tire Serial # _____

Rodriguez, Luz
Guayama PR 00784                    Appointment Time: _____
(939)279-7452                       Time Dropped Off: _____
                                    Time Promised: _____

Cust#: 5103188678   Salesperson: 410773   PO#:            Date: 3/02/2024   Time: 6:31PM

| QTY | SKU/CODE | TECH | DESCRIPTION | PART NO | VEHICLE | PRICE | EXTENDED T |
|---|---|---|---|---|---|---|---|
| 4 | 11410196 | | FALKEN 215/70R16 1 E | FAL2157016 | 1996 TOYOTA RAV4 | 118.99 | 475.96 * |
| 4 | 9801032 | _____ | WHEEL BALANCE LIFETI | LABOR13 | 1996 TOYOTA RAV4 | 14.99 | 59.96 * |
| 1 | 82160019 | _____ | SHOP/DISPOSAL HANDLN | SHOPDISPFEE | 1996 TOYOTA RAV4 | 4.00 | 4.00 * |
| 4 | 9806023 | _____ | ROAD HAZARD - AT SAL | HAZ2 | 1996 TOYOTA RAV4 | 13.40 | 53.60 |
| 1 | 9801016 | _____ | WHEEL ALIGN 3M/3K | LABOR11 | 1996 TOYOTA RAV4 | 43.99 | 43.99 * |

              Taxable Total:      583.91
          Non Taxable Total:       53.60
                  State Tax:       61.31
          Reduced State Tax:        0.00
                   Mun. Tax:        5.84
                      Total:      704.66

*** THIS IS NOT A RECEIPT ***
Page 1 of 1
*** CUSTOMER COPY ***

| Transacción | Fecha | Monto |
|---|---|---|
| ATH Movil Transfer | 24 DE FEBRERO DE 24 | -$9.00 |
| VR GAS STATION | 24 DE FEBRERO DE 24 | -$17.50 |
| OTHER TRANSACTIONS | | -$17.00 |

ESTADO CORRIENTE

| Transacción | Fecha | Monto |
|---|---|---|
| EFT DEPOSIT DEPT DE HACIENDA REINTEGROS XXXXXXXXXX9472 | 23 DE FEBRERO DE 2024 | $2,376.00 |
| ATH MOVIL 0714 | 23 DE FEBRERO DE 2024 | -$1.50 |
| GULF MAUNABO SERV STA | 23 DE FEBRERO DE 2024 | -$10.00 |
| ATHM GULF PALO SECO SEA | 22 DE FEBRERO DE 2024 | -$4.00 |
| ATH MOVIL 0571 | 21 DE FEBRERO DE 2024 | $1.00 |
| ATH MOVIL 0714 | 21 DE FEBRERO DE 2024 | -$3.00 |